# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 3, 2013

## NO. 03-13-00553-CV

**Ross Brooks, Appellant**

**v.**

**Liliana Reyes, Appellee**

---

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
### DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE PURYEAR

---

**THIS DAY** came on to be submitted to this Court the parties' joint motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted:  **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed.  It is **FURTHER** ordered that each party shall pay the costs of appeal incurred by that party; and that this decision be certified below for observance.